UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-cr-594-T-24JSS

RUDOLPH RANDOLPH MEIGHAN

### VERDICT FORM

1. **Count One of the Indictment**

   As to the offense of conspiring to possess with the intent to distribute or to distribute cocaine while aboard a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b),

   We, the Jury, find the defendant, **RUDOLPH RANDOLPH MEIGHAN**:

   Guilty __X__          Not Guilty _____

   If you find the defendant guilty, then proceed to answer the following question –

   We further find that the amount of cocaine involved in the offense charged in Count One is:

   __X__ Five (5) kilograms or more

   _____ Five hundred (500) grams or more (but less than five (5) kilograms)

   _____ Less than five hundred (500) grams

2. **Count Two of the Indictment**

As to the offense of knowingly and intentionally possessing with the intent to distribute, or aiding and abetting each other and other persons in the possession with the intent to distribute, cocaine while aboard a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), and 18 U.S.C. § 2,

We, the Jury, find the defendant, **RUDOLPH RANDOLPH MEIGHAN**:

Guilty __X__          Not Guilty _____

If you find the defendant guilty, then proceed to answer the following question –

We further find that the amount of cocaine involved in the offense charged in Count Two is:

__X__ Five (5) kilograms or more

_____ Five hundred (500) grams or more (but less than five (5) kilograms)

_____ Less than five hundred (500) grams

SO SAY WE ALL, this __9__ day of __May__, 2019.

_____
FOREPERSON